UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: BI HOLDINGS, INC.<br><br>Debtor(s). | Case No. 2:02-bk-19210-GBN<br><br>Chapter 7 |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to **VALASSIS** ("Claimant") the amount of **$17,015.65** and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Application along with a proper identification/Tax ID number(s) having been made to the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to Claimant, c/o American Property Locators, Inc., Attorney-In-Fact (a Power of Attorney granting authority to petition the Court to collect the funds on behalf of Claimant being attached), and service having been made on the Office of the United States Attorney;

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay **VALASSIS**, c/o American Property Locators, Inc., unclaimed money in the amount of **$17,015.65** which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code and mail the payment to **3855 South Boulevard, Suite 200, Edmond, OK 73013**.

End of Order